IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM P. JACKSON, | : | Civil No. 3:24-cv-1469 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| DR. LABOSKY, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this ____4th____ day of June, 2025, upon consideration of the motions (Docs. 41, 46) to dismiss by Defendants Labosky and Ehgartner, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The motions (Docs. 41, 46) are **GRANTED** as follows.

2. The motions (Docs. 41, 46) are treated as motions for summary judgment with respect to exhaustion of administrative remedies and are **GRANTED**. Entry of judgment is deferred pending further Order of Court.

3. The motions (Docs. 41, 46) to dismiss the Eighth Amendment claim are **GRANTED**.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge